Announced Wednesday, May 5.

38494. Price, appellant v. McCoy Sales & Services, Inc. et al., appellees.

Herbert, Judge.

1. The granting of a motion for a new trial is a final appealable order as provided in Section 2505.02 of the Revised Code, (*Green* v. *Acacia Mutual Life Ins. Co.*, 156 OhioSt. 1, 45 O.O. 32, overruled; *Youngstown Municipal Ry. Co.* v. *City of Youngstown*, 147 OhioSt. 221, 34 O.O. 122, approved and followed.)

2. The trial court must specify in writing the causes for which a new trial is granted. (Section 2321.17, Revised Code.)

3. Where a jury determines that the independent concurrent negligence of one of two defendants was the proximate cause of the injury complained of, such defendant is not prejudiced by a verdict of the jury finding that the independent concurrent negligence of the other defendant was not a proximate cause of the injury.

Judgment reversed.

Zimmerman, Matthias and O'Neill, JJ., concur.

Taft, C. J., Schneider and Brown, JJ., concur in paragraph one of the syllabus (excepting its reference to the *Youngstown* case), in paragraph two of the syllabus and in the judgment.

38727. The State, ex rel. Spiccia, appellee v. Abate, Bldg. Commr., et al., appellants.

Brown, Judge.

What constitutes a "restaurant" as opposed to a "drive-in restaurant" for the purpose of determining the permitted use of property under a zoning classification in which those terms are not otherwise defined is determined by considering the common and ordinary meaning of those terms, liberally construing them in favor of the permitted use so as not to extend the restrictions of the ordinance to any limitation of use not therein clearly prescribed.

Judgment affirmed.

Taft, C. J., Smith, Matthias, O'Neill, Herbert and Schneider, JJ., concur.

Smith, J., of the Sixth Appellate District, sitting for Zimmerman, J.

Announced Wednesday, May 5.

38494. James L. Price, appellant v. McCoy Sales & Service, Inc., et al., appellees. Huron County. Appeal from the Court of Appeals. Judgment reversed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

38727. The State, ex rel. William Spiccia, appellee v. Joseph Abate, Bldg. Commr., et al., appellants. Cuyahoga County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Smith, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39078. The State, ex rel. Mildred J. Stull v. Vincent M. Shields, Judge. In Prohibition. Dismissed on application of Relator at costs to Relator.

39162. James Bussey v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39209. Dale O. Ross v. E. B. Haskins, Supt., London Correctional Institution. In Habeas Corpus. Petitioner released from custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39244. James Valentine v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39251. The State, ex rel. Raymond F. Jeffers, appellant v. Perry D. Jackson, Judge, appellee. Cuyahoga County. Appeal from the Court of Appeals. Dismissed on application of appellant.

39256. The State, ex rel. Food Discount Centers, Inc., appellant v. Edward S. Crudele, Judge, appellee. Cuyahoga County. Appeal from the Court of Appeals. Dismissed on application of appellant.

39316. The Osborne Estate Co., appellant v. Board of Tax Appeals et al., appellees. Lake County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias and Herbert, JJ., concur. Brown, J., not participating.